IN THE DISTRICT COURT OF OKMULGEE COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| Terry Bratt, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>Deco Security Services, Inc. )<br>)<br>Defendant, ) | Case No. CJ-2016-/2/<br>Judge: _____ |

**SUMMONS**

GREETINGS TO:   Deco Security Services, Inc.
C/O Corporation Service Company, Registered Service Agent
115 S.W. 89th Street
Oklahoma City, OK 73139

COURT INFORMATION:   Okmulgee County Court Clerk
Okmulgee County Court House
314 W 7th St Ste 305
Okmulgee OK 74447

You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 21 day of July, 2016.

Linda Beaver, Okmulgee County Court Clerk

By _____
Deputy Court Clerk

(Seal)

**EXHIBIT 2**